**No. 64725.**—Wm. M. Allison & Co. *v.* United States, protest 59/32474 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64726.**—Western Dairy Products, Inc. *v.* United States, protests 58/10330, 58/10331, and 58/10343 (San Francisco).

Opinion by DONLON, J. The protests were dismissed for lack of prosecution.

OCTOBER 11, 1960

**No. 64727.**—SUIT 5023.—H. George Caspari, Inc. *v.* United States.—

—C.D. 2122 affirmed July 6, 1960. C.A.D. 743.